IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| EMPLOYERS & CEMENT MASONS #90 HEALTH & WELFARE FUND and EMPLOYERS & CEMENT MASONS #90 PENSION FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>JLR CONCRETE SERVICE, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 3:07-cv-047-WDS<br>)<br>)<br>)<br>) |

### ORDER TO ISSUE WRIT OF BODY ATTACHMENT

This cause coming to be heard on Plaintiffs' Petition for Writ of Body Attachment. This record indicates that Julie Ramage, Registered Agent and President of Defendant, JLR Concrete Service, Inc., was served with the Notice of Citation to Discover Assets hearing on April 30, 2007. Defendant failed to appear at the Citation hearing. An Order to Show Cause was issued for July 30, 2007 and Defendant was served on July 5, 2007. Defendant again failed to appear for the hearing on July 30, 2007.

Upon consideration and for good cause shown, Plaintiff's Petition for Writ of Body Attachment is granted.

IT IS THEREFORE ORDERED, that the Clerk of the Court issue a Writ of Body Attachment and that same be delivered to the U.S. Marshal. Said Writ of Body Attachment will authorize the arrest of Julie Ramage and will require her to be brought before this Court to show cause why she

should not be held in contempt for failure to comply with the Court's Order to Show Cause, dated June 18, 2007.

**IT IS SO ORDERED.**

DATED: August 16, 2007

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**